The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHUANGMA PLASTIC CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHEF'N CORPORATION, et al.,<br><br>　　　　　　Defendants. | No.: 2:20-cv-01603-BJR<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION TO STAY ALL DEADLINES |

This matter is before the Court on a Second Unopposed Motion to Stay All Deadlines, filed by Defendants. Dkt. No. 36. The Court, having considered the motion, finds that it should be granted in order to provide time for the parties to finalize an agreement that will resolve all pending claims between the parties.

It is therefore ORDERED that the Second Unopposed Motion to Stay All Deadlines is GRANTED. All deadlines in this action are stayed for an additional 30 days, up to and including September 13, 2021.

Dated: August 12, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

1